IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-651-FL

| | | |
|---|---|---|
| CHARLES J. WEINRAUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon Defendant's Motion to Stay Discovery, it is hereby

ORDERED that discovery in this action be STAYED pending a ruling on Defendant's Motion to Dismiss, except to the extent permitted by agreement of the parties or as necessary to resolve the issue of jurisdiction.

This 3rd day of Mar, 2012.

LOUISE W. FLANAGAN
United States District Judge