UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHARLES J. WEINRAUB,

    Plaintiff,

v.      **JUDGMENT**

    No. 5:11-CV-651-FL

UNTIED STATES OF AMERICA,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 13, 2012, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted and plaintiff's claims are dismissed with prejudice. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 14, 2012, and Copies To:**

Randall M. Roden (via CM/ECF Notice of Electronic Filing)
Matthew Lee Fesak (via CM/ECF Notice of Electronic Filing)
Sharon C. Wilson (via CM/ECF Notice of Electronic Filing)

August 14, 2012      JULIE A. RICHARDS, CLERK
    /s/ Christa N. Baker
    (By) Christa N. Baker, Deputy Clerk